UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON,**<br><br>    Plaintiff,<br><br>v.<br><br>**VINTAGE CENTER LLC; et al.,**<br><br>    Defendants. | Case No.: 2:17-cv-02560-MCE-CKD<br><br>**ORDER SETTING ASIDE<br>CLERK'S ENTRY OF DEFAULT** |

    Upon review of the Stipulation to Set Aside Clerk's Entry of Default by Plaintiff, Scott Johnson, and Defendant, Vintage Center LLC, and good cause appearing, it is hereby ordered that the Default by Clerk (ECF No. 6) dated January 19, 2018, as against Vintage Center LLC, is set aside. Defendant shall have ten (10) days after the date of this Order to file its answer to the complaint.

    IT IS SO ORDERED.

Dated: February 6, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1
ORDER SETTING ASIDE CLERK'S ENTRY OF DEFAULT   2:17-cv-02560-MCE-CKD