UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SCOTT JOHNSON, | Case: 2:17-CV-02560-MCE-CKD |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| VINTAGE CENTER LLC, a California Limited Liability Company; BRYAN TAKEO CORRIE; and Does 1-10, | |
| Defendants | |

Pursuant to F.R.CIV.P.41 (a)(2), Plaintiff's Motion to Dismiss (ECF No. 16) is GRANTED and Defendant Vintage Center LLC, a California Limited Liability Company, only is DISMISSED with prejudice. The case shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated: March 5, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE