1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9            EASTERN DISTRICT OF CALIFORNIA
10

11  | SCOTT JOHNSON,              | No. 2:17-cv-02560-MCE-CKD
12  |         Plaintiff,          |
13  |     v.                      | **ORDER**
14  | VINTAGE CENTER LLC, et al., |
15  |         Defendants.         |

16

17       Through the present action, Plaintiff Scott Johnson sought damages and
18  injunctive relief against remaining Defendant Bryan Takeo Corrie ("Defendant") for
19  violations of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12101–12213, as
20  well as California's Unruh Civil Rights Act, Cal. Civ. Code § 51.  Plaintiff claimed he
21  encountered various physical barriers at Defendant's restaurant, and the Court granted
22  summary judgment in his favor.  ECF No. 26.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Presently before the Court is Plaintiff's unopposed motion for fees and costs.[1] ECF No. 28.  That Motion is GRANTED as unopposed.[2]  Plaintiff is hereby awarded $18,088.50 in fees and costs as against Defendant Bryan Takeo Corrie.

IT IS SO ORDERED.

Dated:  May 29, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Defendant Vintage Center LLC filed a limited opposition on the basis that it and Plaintiff had entered a settlement agreement and thus any fee award should not be applicable to it.

[2] Having determined that oral argument would not be of material assistance, the Court ordered the Motion submitted on the briefs pursuant to Local Rule 230(g).